## ARMED SERVICES BOARD OF CONTRACT APPEALS

| | | |
|---|---|---|
| Appeals of -- | ) | |
| | ) | |
| MGC Roofing and Construction, Inc. | ) | ASBCA Nos. 59926, 59927, 59928 |
| | ) | 59929, 59930, 59931 |
| | ) | |
| Under Contract No. W91247-10-D-0005 | ) | |

APPEARANCE FOR THE APPELLANT:      Mr. Michael Levine
                                   CEO

APPEARANCES FOR THE GOVERNMENT:    Raymond M. Saunders, Esq.
                                    Army Chief Trial Attorney
                                   MAJ Travis P. Sommer, JA
                                   Trial Attorney

### ORDER OF DISMISSAL

The dispute has been settled. The appeals are dismissed with prejudice.

Dated: 26 October 2015

JOHN J. THRASHER
Administrative Judge
Armed Services Board
of Contract Appeals

I certify that the foregoing is a true copy of the Order of Dismissal of the Armed Services Board of Contract Appeals in ASBCA Nos. 59926, 59927, 59928, 59929, 59930, 59931, Appeals of MGC Roofing and Construction, Inc., rendered in conformance with the Board's Charter.

Dated:

JEFFREY D. GARDIN
Recorder, Armed Services
Board of Contract Appeals